**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**REBECCA JEAN JONES a/k/a**                                   **APPELLANT**
**Rebecca Jean Mcgahey**

**V.**                                        **NO. 4:15-CV-176-DMB**

**DOROTHY MORGAN**                                           **APPELLEE**

## FINAL JUDGMENT

On August 15, 2016, this Court entered a memorandum opinion and order dismissing Rebecca Jean Jones' bankruptcy appeal without prejudice for failure to submit a complete record. Doc. #46. The order provided that "Jones may supplement the record within thirty (30) days of the date of this order and ... move for reinstatement of the appeal." *Id*. at 15. More than thirty days have passed since the entry of the memorandum opinion and order and Jones has not filed a complete record. Accordingly, this appeal is **DISMISSED without prejudice**. Jones' motion seeking the entry of a final judgment [48] is therefore **denied as moot**.

**SO ORDERED**, this 28th day of November, 2016.

                                                                 **/s/ Debra M. Brown**
                                                                  **UNITED STATES DISTRICT JUDGE**